

**IN THE
TENTH COURT OF APPEALS**

**No. 10-19-00108-CV**

## IN THE INTEREST OF C.P. AND B.P., CHILDREN

**From the 12th District Court
Madison County, Texas
Trial Court No. 18-15004**

## ABATEMENT ORDER

On April 26, 2019, Carrie M. McKerley filed a motion for withdrawal of counsel in this Court. McKerley states that she was attorney of record in the trial proceedings, but was discharged as attorney of record in the final order on March 7, 2019.

We abate this appeal to the trial court to hold a hearing within 21 days of the date of this order to determine: (1) whether Joshua Pursley desires to continue the appeal; and (2) whether Joshua Pursley should be appointed new counsel on appeal. The supplemental clerk's and reporter's records, if any, are ordered to be filed within 30 days of the date of this Order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Appeal abated
Order issued and filed May 1, 2019

